| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Smith, Ortrie D | 2. Court or Organization<br><br>U.S.D.C. MO, Western District | 3. Date of Report<br><br>03/17/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>District Court Judge (Active) | 5. ReportType (check appropriate type)<br><br>○ Nomination,    Date    06/30/1995<br><br>○ Initial    ⊙ Annual    ○ Final | 6. Reporting Period<br><br>01/01/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br>Room 8552 U.S. Courthouse<br>400 East 9th Street<br>Kansas City, MO 64106 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Chairman of the Board | Missouri Institute for Justice, Inc. |
| 2. Trustee | University of Missouri-Kansas City Law School Foundation |
| 3. Fellow | Missouri Bar Foundation |
| 4. Fellow | American Bar Foundation |
| 5. Master | Ross T. Roberts Inn of Court |
| 6. Director | The Foundation For Lawyers Encouraging Academic Performance |
| 7. Director | Historical Society of the United States Courts for the Eighth Circuit |
| 8. Secretary | Historical Society of the United States Courts for the Eighth Circuit - Western District of Missouri Branch |
| 9. Director | University of Missouri-Kansas City Law School Alumni Association |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED MAR 22 11 32 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS-- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Missouri Organization of Defense Lawyers | June 6 - 8, 2003 - Branson, MO; Seminar - Trial Judge Panel; lodging and food. |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Ortrie D | 03/17/2004 |

## VII. INVESTMENTS and TRUSTS– income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Abbott Laboratories - Com Stk | A | Dividend | J | T | | | | | |
| 2. Intel Corp - Com Stk | A | Dividend | K | T | | | | | |
| 3. Merck & Co Inc. - Com Stk | A | Dividend | K | T | | | | | |
| 4. Microsoft Corp - Com Stk | A | Dividend | M | T | | | | | |
| 5. Wal-Mart Stores, Inc. - Com Stk | A | Dividend | L | T | | | | | |
| 6. New Perspective Fund, Inc. | A | Dividend | K | T | | | | | |
| 7. Putnam Voyager Fund - CL A | A | Dividend | M | T | Partial Sell | 12/31 | K | D | |
| 8. FHLMC MTG PARTNCTFS, GTD | A | Interest | J | T | | | | | |
| 9. FNMA GTD | A | Interest | J | T | | | | | |
| 10. Financing Corp CPN FICO STRIPS | | None | K | T | | | | | |
| 11. AMGEN, INC. - Com Stk | | None | K | T | | | | | |
| 12. Putnam Int'l. Growth Fund CL A | A | Dividend | K | T | Sell | 11/10 | K | D | |
| 13. Putnam Int'l Growth Fund CL M | | None | J | T | Sell | 11/10 | K | D | |
| 14. Oracle Corp | | None | J | T | | | | | |
| 15. Household Finance Corp. - Senior Notes | A | Interest | J | T | | | | | |
| 16. SPDR S&P Dep. Rept. | A | Dividend | J | T | Sell | 4/15 | J | A | |
| 17. Hewlett-Packard Co. | A | Dividend | J | T | Sell | 5/6 | J | D | |
| 18. Garmin Ltd. | A | Dividend | J | T | Buy | 5/6 | | | |

1. Income/Gain Codes:    A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
  P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Ortrie D | 03/17/2004 |

## VII. INVESTMENTS and TRUSTS– income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. XM Satellite Radio | | None | J | T | Buy | 5/6 | | | |
| 20. Ishares MSCI | A | Dividend | K | T | Buy | 11/10 | | | |
| 21. Ishares Trust DJ Selected | | None | K | T | Buy | 11/10 | | | |
| 22. Vanguard 500 Index Fund | A | Dividend | K | T | Buy | 2/27 | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Smith, Ortrie D | 03/17/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ███████████████████████         Date   3 / 17 / 04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544